UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KARRI STIER,

        Plaintiff(s),

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC

        Defendant(s).
_____/

Case No. 2:19-cv-11944-PDB-APP

Judge Paul D. Borman

Magistrate Judge

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, HEALTHCARE REVENUE RECOVERY GROUP, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: August 5, 2019

/s/ Ashley F. Eckerly

P80443
Gordon Rees Scully Mansukhani LLP
400 Renaissance Center, Suite 2600
Detroit, MI 48243
313-426-9815
aeckerly@grsm.com