# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **KARRI STIER** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>)<br>**HEALTHCARE REVENUE** )<br>**RECOVERY GROUP, LLC** )<br>)<br>**Defendant.** ) | Civil Action No. 2:19-11944-PDB APP |

## PROPOSED JOINT DISCOVERY PLAN

In accordance with the Court's Notice to Appear for a Scheduling Conference (Doc. 9), Plaintiff and Defendant Healthcare Revenue Recovery Group, LLC, submit this Proposed Joint Discovery Plan.

**1.    Case Summary & Principal Issues:**

**Plaintiff:**

Plaintiff brings this action for damages against Defendant Healthcare Revenue Recovery Group, LLC ("HRRG") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereafter the "FDCPA") and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §§ 227, *et seq*. Specifically, Defendant engaged in unfair practices, including but not limited to, repeatedly making autodialed calls to Plaintiff and using pre-recorded voice

messages in direct violation of the TCPA and continued to call Plaintiff after being told to cease and desist in violation of the FDCPA.

With respect to damages, Plaintiff claims statutory and treble damages under the TCPA and statutory damages and attorney's fees under the FDCPA.

**HRRG:**

Defendant denies Plaintiff's claims that it violated the FDCPA and/or the TCPA. Defendant has asserted that is has complied in good faith with the FDCPA and/or the TCPA and that any violation, which is expressly denied, would have been the result of the *bona fide* error defense under 15 U.S.C. § 1692k(c). Moreover, Defendant asserts that Plaintiff expressly consented to any contact by Defendant by providing her telephone number and agreeing to receive calls from Defendant, among other defenses expressed in Defendant's Answer and Affirmative Defenses.

**2.  Jurisdiction:**

The basis for the Court's subject matter jurisdiction is: (1) a federal claim brought under the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(d); (2) a federal claim brought under the federal Telephone Consumer Protection Act, 47 U.S.C. §§, et seq.; and (3) the federal jurisdiction statute, 28 U.S.C. §§ 1331 and 1337.

3. **Relationship to Other Cases:**

The parties currently are not aware of any related cases.

4. **Time Necessary for Discovery Process:**

Nine months from the date for filing the complaint which is March 27, 2020.

5. **Amendments to Pleadings, Additional Parties, Third-Party Complaints, Expert Testimony, etc.:**

The parties will file any amendments or joinders within 30 days of the case scheduling order.

6. **Anticipated Motion Practice:**

**Plaintiff:** At this time, Plaintiff does not anticipate filing any motions.

**HRRG:** At this time, Defendant does not anticipate filing any motions, other than dispositive motions at the close of discovery. Defendant reserves the right to bring any motions as warranted as discovery progresses.

7. **Use of Case Evaluation:**

The parties do not wish to use Case Evaluation at this time. The parties will consider a settlement conference before a magistrate judge at a later date.

8. **Case Management Scheduling Order**

    (a) Rule 26(a)(1) Initial Disclosures due: <u>November 8, 2019</u>.

    (b) Witness Lists Exchanged By: <u>January 27, 2020</u>.

    (c) Fact Discovery Cutoff: <u>March 27, 2020</u>.

    (d) Expert Disclosures (Proponent): <u>January 27, 2020.</u>

(e) Expert Disclosures (Rebuttal): <u>February 26, 2020</u>.

(f) Expert Discovery Cutoff: <u>May 11, 2020</u>.

(g) Motions Challenging Experts filed by: <u>May 11, 2020.</u>

(h) Dispositive Motions filed by: <u>May 11, 2020.</u>

(i) Motions *In Limine* (non-expert related): <u>July 30, 2020</u>.

(j) Final Pretrial Order Due: <u>September 14, 2020</u>.

(k) Final Pretrial Conference: <u>September 28, 2020</u>.

(l) Trial Date: <u>October 27, 2020</u>.

(m) Jury or Bench Trial: <u>Jury Trial</u>

| | |
|---|---|
| /s/ Geoffrey H. Baskerville | /s/ Ashley F. Eckerly |
| Geoffrey H. Baskerville | Ashley F. Eckerly |
| FRANCIS & MAILMAN, P.C. | GORDON & REES, LLP |
| 1600 Market Street, Suite 2510 | One North Franklin Street, Suite 800 |
| Philadelphia, PA 19103 | Chicago, IL 60606 |
| Telephone: (215) 735-8600 | Telephone: (312) 565-1400 |
| gbaskerville@consumerlawfirm.com | aeckerly@grsm.com |
| *Attorney for Plaintiff Karri Stier* | *Attorney for Defendant Healthcare Revenue Recovery Group, LLC* |

Dated: <u>September 30, 2019</u>